UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )        NO. 3:11-00251
                                  )        JUDGE CAMPBELL
GERALD EDWIN FARMER               )

ORDER

Pending before the Court is a Motion to Extend Pretrial Motion Filing Deadline (Docket No.

30). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to February 15, 2013.

It is so ORDERED.

_Todd Campbell_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE