UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00251 |
| | ) | JUDGE CAMPBELL |
| GERALD EDWIN FARMER | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Withdraw and for Appointment of New Counsel (Docket No. 32). The Court held a hearing on the Motion on March 12, 2013. At the hearing Defendant withdrew the Motion to Withdraw and for Appointment of New Counsel. Accordingly, The Motion (Docket No. 32) is moot.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE