UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00251 |
| | ) | JUDGE CAMPBELL |
| GERALD EDWIN FARMER | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Extend Time to File Case Specific Jury Instructions, Verdict Forms, Motions in Limine, Motions to Continue and to Consummate Plea Agreement (Docket No. 38). The Motion is GRANTED as to all parties.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE