UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00251 |
| | ) | JUDGE CAMPBELL |
| GERALD EDWIN FARMER | ) | |

## ORDER

Pending before the Court is Defendant Gerald Edwin Farmer's Motion to Advance Plea Hearing (Docket No. 44). The Motion is GRANTED in part and DENIED in part.

The requested date is not available. The Court, however, will hold a change of plea hearing on June 20, 2013, at 9:00 a.m. Any proposed plea agreement shall be submitted to the Court by June 18, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE