UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00251 |
| | ) | JUDGE CAMPBELL |
| GERALD EDWIN FARMER | ) | |

## ORDER

Pending before the Court is a Motion to Return Property (Docket No. 57). The Motion is GRANTED in part and DENIED in part as stated on the record.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE